```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 22528
  MARIE A JOHNSON
                                          CHAPTER 13

                                          JUDGE: BRUCE W BLACK

         Debtor
  SSN XXX-XX-8834


---------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 11/30/07 and confirmed on 04/30/08.

     2.  The case was converted to Chapter 7 after confirmation, 09/03/2008.

     3.  The Debtor paid a total of $    4987.42 .

     4.  The Trustee made disbursements to creditors as follows:


---------------------------------------------------------------------------
CREDITOR NAME            CLASS             CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                             PAID          PAID
---------------------------------------------------------------------------
COUNTRYWIDE FINANCIAL    CURRENT MORTG           .00           .00           .00
COUNTRYWIDE FINANCIAL    MORTGAGE ARRE      17190.98           .00           .00
CHERRYWOOD 4 CONDO ASSOC MORTGAGE ARRE        900.00           .00           .00
NORTHSIDE L CU           SECURED VEHIC       5398.00        256.30       1408.70
GREAT AMERICAN FINANCE   SECURED              991.00         26.39        288.61
ILLINOIS DEPT REVENUE    PRIORITY          NOT FILED           .00           .00
INTERNAL REVENUE SERVICE PRIORITY          NOT FILED           .00           .00
CAPITAL ONE BANK         UNSECURED            664.14           .00           .00
CAPITAL ONE BANK         UNSECURED          NOT FILED          .00           .00
CAPITAL ONE BANK         UNSECURED          NOT FILED          .00           .00
CAPITAL ONE BANK         UNSECURED          NOT FILED          .00           .00
PREMIER BANKCARD/CHARTER UNSECURED             459.30          .00           .00
NORTHSIDE L CU           UNSECURED          NOT FILED          .00           .00
PLAINS COMMERCE BK       UNSECURED             424.82          .00           .00
PORTFOLIO RECOVERY ASSOC UNSECURED             280.44          .00           .00
SALLIE MAE SERVICING COR UNSECURED                .00          .00           .00
         Summary of disbursements:
---------------------------------------------------------------------------
                  SECURED      PRIORITY    UNSECURED       OTHER         TOTAL

TOTAL CLMS ALLOWED   24479.98        .00    1828.70          .00       26308.68
PRINCIPAL PAID        1697.31        .00        .00          .00        1697.31
INTEREST PAID          282.69        .00        .00          .00         282.69
TOTAL PAID            1980.00        .00        .00          .00        1980.00
The Debtor's attorney, DEVONA & ASSOC                 , was allowed $    2500.00
and was paid $    226.00   direct and $    2230.73   through the plan.

The Trustee received $    256.09 .

Refunds to the Debtor totaled $     520.60 .
```

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 12/17/08                     /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE










                            PAGE   2
        CASE NO. 07 B 22528 MARIE A JOHNSON